**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jagtar Singh,<br><br>                                     Petitioner,<br><br>                    -v-<br><br>Todd Blanche, *Acting Attorney General of the United States*, Markwayne Mullin, *Secretary of the U.S. Department of Homeland Security*, Todd Lyons, Director, *U.S. Immigration and Customs Enforcement*, Ken Genalo, *NY Director, Field Office, Enforcement and Removal Operations., U.S. Immigration and Customs Enforcement*,<br><br>                                 Respondents. | 2:26-cv-02538<br>(NJC) |

## <u>ORDER</u>

NUSRAT J. CHOUDHURY, United States District Judge:

On April 29, 2026, Petitioner Jagtar Singh filed a Petition for Writ of Habeas Corpus. (*See* ECF No. 1.) Petitioner also filed a Motion for a Temporary Restraining Order seeking an order of release from the custody of U.S. Immigration and Customs Enforcement in MDC Brooklyn. (*See* ECF No. 2.)

For the reasons which will be set forth in more detail in a forthcoming opinion, Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 is GRANTED IN PART, and this Court hereby ORDERS that Respondents immediately release Mr. Singh from custody.

The Court FURTHER ORDERS that Respondents must coordinate with Petitioner's counsel and thereafter release Petitioner, without any conditions, including but not limited to the condition of electronic monitoring, whether GPS monitoring, the ISAP mobile phone

application, or any other form, into the physical care of their counsel or another mutually agreed upon person at the earliest possible time agreed upon by the parties, but no later than **3 p.m. on April 30, 2026**. Respondents must release Petitioner with all of his belongings that are in Respondents' possession, including but not limited to all identification and work authorization cards, clothing, and money. Respondents shall confirm compliance with these directives, including by identifying the individual to whom Petitioner was released, in a filing on the docket by **8:00 p.m. on April 30, 2026**.

The Court FURTHER ORDERS that Respondents shall not deny Mr. Singh bond in any subsequent proceeding on the basis that he must be detained pursuant to Section 1225(b) absent a change in relevant circumstances consistent with this Order.

The Show Cause hearing scheduled for May 4, 2026 at 11:00 a.m. in the Alfonse D'Amato U.S. Courthouse is therefore adjourned. The matter is held in abeyance.


Dated: Central Islip, New York
April 30, 2026

*/s/ Nusrat J. Choudhury*
NUSRAT J. CHOUDHURY
United States District Judge